IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JULIE M. KINNISON, Individually;

           Plaintiff,

    vs.

ABRAHAMS KASLOW & CASSMAN, LLP,
as ERISA Plan Sponsor and Administrator; and
ABRAHAMS KASLOW & CASSMAN, LLP,
as former legal counsel for the Estate of R.
Craig Fry;

           Defendants.

**8:23CV42**

**ORDER**

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 3rd day of March, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge