IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE M. KINNISON, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAMS KASLOW & CASSMAN, LLP,<br>as ERISA Plan Sponsor and Administrator;<br>and  ABRAHAMS KASLOW & CASSMAN,<br>LLP, as former legal counsel for the Estate<br>of R. Craig Fry;<br><br>Defendants. | **8:23CV42**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 59).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case, including all counterclaims and the like, be dismissed with prejudice and without an award of costs, expenses, or attorneys' fees to any party.

Dated this 14th day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon_____
Senior United States District Judge